

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-08-00127-CV
_____


## IN THE MATTER OF THE MARRIAGE OF
## SHARON M. SREBALUS AND JOHN W. MILAM



On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 08D0174-CCL



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Sharon M. Srebalus, appellant, filed her pro se notice of appeal in this Court October 29, 2008, from the trial court's purported denial of her "Motion for Reconsideration" and from the final divorce decree.

There is nothing in the record to indicate Srebalus has made efforts to have the clerk's record filed with this Court, nor has she paid a filing fee or made any claim of indigency. On December 31, 2008, we contacted Srebalus by letter, giving her an opportunity to cure the various defects, and warning her that, if we did not receive an adequate response within ten days, this appeal would be subject to dismissal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

We have received no communication from Srebalus. Pursuant to Rule 42.3(b) of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.


Josh R. Morriss, III
Chief Justice

Date Submitted:     January 29, 2009
Date Decided:       January 30, 2009